# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

ANDY ORTIZ
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City OF PHILADELPHIA, et al.,
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 21-CV-3100
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANDY ORTIZ
All other names by which you have been known: W4OSNOOP.official, W4OSnoop, lilu, ANDREW
ID Number: 1212917
Current Institution: Curran-FROMHOLD-CORRECTION-FACILITY
Address: 7901 STATE ROAD
Philadelphia, PA 19136

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: C/O H. LAWTON
Job or Title (if known): CORRECTIONAL OFFICER
Shield Number: UNKNOWN
Employer: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
Address: 7901 STATE ROAD
Philadelphia, PA 19136
[✓] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: MAJOR MARTIN
Job or Title (if known): SUPERVISOR
Shield Number: UNKNOWN
Employer: Philadelphia-Industrial-Correctional-Center
Address: 8301 STATE ROAD
Philadelphia, PA 19136
[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name: Sgt. Gill
  Job or Title (if known): SUPERVISORS
  Shield Number: UNKNOWN
  Employer: PHILADELPhia-Industrail-correctional-center
  Address: 8301 STATE ROAD
  PHILADELPHIA, PA 19136
  City / State / Zip Code
  [✓] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name: Blanche CARNEY
  Job or Title (if known): SUPERVISOR
  Shield Number: UNKNOWN
  Employer: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
  Address: 7901 STATE ROAD
  Philadelphia, PA 19136
  City / State / Zip Code
  [✓] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Failure to protect, Deliberate indifference, DUE PROCESS CLAUSE, Bill of RIGHTS, All Amendment RIGHTS, my Constitutional RIGHTS, and FEDERAL RIGHT BEING VIOLATED.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# ADDITIONAL PAGE.
## 21-CV-3100

DEFENDANT C/O H. LAWTON
FAILURE TO PROTECT ON MARCH 4-2020
I WAS STABBED BY INMATE GABRIEL CORREA
PP#1212835. C/O H. LAWTON WAS AWARE OF THE
INCIDENT. SAW I WAS BLEEDING BAD IN THE
CELL WALK AWAY FROM THE INCIDENT WITHOUT
REMOVING ME. CAME BACK 5 TO 10 MINS WITH
SGT. Gill THE SGT. Gill TOOK PICTURES
OF ME AND THEN TOOK ME TO MEDICAL
AND TOOK PITURES OF ME SOME MORE.
MEDICAL LATER SENT TO THE HOSPITAL
FOR FUTHER TREATMENT. WAS GIVING
SITCH'S IN MY HEAD.
WHEN I CAME BACK SGT. GILL REMOVE ME
FROM THAT R.H.U AND TOOK ME TO A
DIFFERNT R.H.U WITH SINGLE CELL'S.
CAME TO THE HOLD CELL AND SAID TO WRITE
A MEMORANDUM STATEMENT. BUT I COULD NOT
FUNTION. BUT LATER ON WROTE A STATEMENT.
I WAS GIVING A HEARING FOR THIS AND
WAS FOUND NOT GUILTY. BUT STILL REMAIN
IN THE R.H.U. I TOLD Sgt. Gill THAT CAN
I CALL MY FAMILY AND TELL THEM WHAT
HAPPEN TO ME HE SAID NO CAUSE, I'M ON
PUNITIVE STATUS. I WAS ALSO DENIED TO
TALK WITH THE INTERNAL AFFAIRS TO PRESS
CAARGES ON THAT INMATE.

I WROTE MAJOR MARTIN GRIEVANCE FORMS NONE OF THEM WAS ANSWER.
I TOLD HER I WAS NOT GIVING NO PUNITIVE STATUS DAY'S. WHY I CAN'T COME OUT FOR REC OR WHY I CAN'T CALL MY LAWYER AND FAMILY. SHE TOLD ME AETHER I AM BEING INVESTAGATED WHITCH I NEVER HEARD NO RESULTS FROM THAT INVESTAGATION.
DUE PROCESS CLAUSE.

FOR THE Individual Capacities I SEEK Compensatory Damages Claims FOR CRUEL AND UNUSUAL PUNISHMENT, FAILURE TO PROTECT, Denial of PERMISSION To communicate WITH FAMILY AND AN ATTORNY OR LAW LIBRARY WHICH Violate 1st Amendment RIGHTS.

Blanche CARNEY
A Supervisory LIABILITY CLAIM FAILURE TO TRAIN. DUE PROCESS RIGHT'S WAS violate TO HAD LEAD ME TO THE R.H.U WITH THE INCIDENT. SEE (ANDY ORTIZ V.S. LT. HORSEY 21-CV-3104) Corporal punishment. Deliberate indifference. I WAS IN The Custody Of PDP.

SIGN, Andy ORTIZ

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACH PAGE!

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SEE ADDITIONAL PAGE!

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ADDITIONAL PAGE!

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEE ADDITIONAL PAGE.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ADDITIONAL PAGE.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I SUFFER WOUNDS FROM THE HEAD DEEP CUTS. THAT CAUSE, ME TO THINK & REACT SLOWER. SUFFER FROM PTSD. ALSO HAD A DEEP CUT ON MY NOSE. I WAS LATER TAKEN TO THE HOSPITIAL FOR FUTHER TREATMENT WAS GIVING SOICTCH'S WAS PUT IN MY HEAD TO CLOSE THE CUT IN MY HEAD.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

5 MILLION U.S DOLLARS & PUNITIVE DAMAGES

```
```

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Philadelphia - INDUSTRAIL - CORRECTIONAL - CENTER (P.I.C.C)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

NONE AT ALL

Page 6 of 11

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

ON MARCH 4, 2020 I WAS STABBED BY INMATE GABRIEL CORREA PP#1212835 C/O H. LAWTON IGNORED THE INCIDENT WALKED AWAY INSTEAD OF REMOVEING ME.

2. What did you claim in your grievance?

I WAS STABBED THAT I WANT TO PRESS CHARGES ON THAT ~~INDIVIDU~~ Indivial Inmate That StaBBED ME. WANT 5 million U.S. DOLLARS TO THE EASTERN DISTICT COURTS.

3. What was the result, if any?

NONE AT ALL

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

KEEP WRITING NEW GRIEVANCE BECAUSE THEY NEVER ANSWER ONE OF THEM FROM THAT INCIDENT. HAD ~~COR ACCRD~~ ACCORD.

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. (DUE PROCESS CLAUSE) I TOLD MAJOR MARTIN TO ANSWER MY GRIEVANCE. SHE SAID WHEN SHE GET IT SHE WILL TALK TO ME ABOUT I ON MY ~~60~~ MISCONDUCT HEARING BUT I WAS NEVER GIVING ONE.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _N/A_

    Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _N/A_

3. Docket or index number

    _N/A_

4. Name of Judge assigned to your case

    _N/A_

5. Approximate date of filing lawsuit

    _N/A_

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___N/A___

3. Docket or index number

   ___N/A___

4. Name of Judge assigned to your case

   ___N/A___

5. Approximate date of filing lawsuit

   ___N/A___

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05- -2022

Signature of Plaintiff: *Andy Ortiz*
Printed Name of Plaintiff: ANDY ORTIZ
Prison Identification #: 1212917
Prison Address: 7901 STATE ROAD
Philadelphia, PA 19136

B. **For Attorneys**

Date of signing: ___

Signature of Attorney: ___
Printed Name of Attorney: ___
Bar Number: ___
Name of Law Firm: ___
Address: ___
Telephone Number: ___
E-mail Address: ___

Andy Ortiz / QECF/BZ-4
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 1212917

(LEGAL MAIL)

U.S.M.S

Eastern District Courts of PA
Clerk of Court, EDPA
James A. Byrne U.S Courthouse
Room 2609
601 Market Steet
Philadelphia, PA 19106

RECEIVED MAY 23 2022