In the United States District Court For The Eastern District Courts of PA

| | |
|---|---|
| ANDY ORTIZ<br>          Plaintiff,<br>v.<br><br>C/O: Haneef Lawton<br>Sgt: David Gill<br>Major: Martin<br>          Defendants, | Declaration of Plaintiff:<br>Andy Ortiz<br>Civil Action # 21-CV-3100 |

Please note C/O: Haneef Lawton should be held by the feds.

1.) On March, 4, 2020 while ~~be~~ being housed on F1 Block at Philadelphia-Industrial-Correctional-Center P.I.C.C. Which, I believe I was housed in cell #14 on F1 block with inmate Gabriel Correa.

2.) Where, I was assualted and stabbed while, doing legal work. When inmate look over while, I was doing legal work notices I was convicted of rape. I was told by cellmate Gabriel Correa to explain my self, which, I did not which, lead to me getting assualted. Note: Grievances forms was filed on my behalf.

3.) Where, I was then sent to the hospital for futher ~~the~~ treatment ~~and~~ was given. Where I was given staple's in my head and a franick shot for the ~~stabb~~ stabbing/assualt. Where pictures where given/taken by defendant Sgt: David Gill. Before, the hospital trip and aftrer. Grievances was filed by Plaintiff behalf on matters above.

4.) Where I addressed to defendant SGT: David Gill of the attack and weapon that was used against me as desciebed to be platic and sharp.
Also, a misconduct was given to Plaintiff and attacker.

5.) Which, attacker Gabriel Correa admitted to assualting me but, not admitted to stabbing me.

6.) I was founded not guilty for misconduct while, ~~defendan~~ attacker Gabriel Correa was founded guilty. Was told by an investagation would be made and passed down to Major of the guards Major: Martin which, came by my cell to tell me investagation is being made. When, I was on J-block I believe I was in 43 cell in 32 or 33 cell. But, was not able to get any out come and charges was not made upon investagation that said, was investagated. Was held in the ~~E~~ Restricted Housing Unit without notices on why, I was still being held on punitive status. Not able to excercise.

Note: Due to sommons being issued in the past. I hereby delare that defendant should be held by the feds. Under an indictment for smuggling drugs and phones into the Philadelphia prison system. Which, was on media/newspaper in the Philadelphia news. C/O: Haneef Lawton due to him not being employed by the prison any more. Difficult to locate defendant.

Pg.1

or have access to the Courts or property or phone calls.

7.) Which, violated Due process clause rights see below Wolff v. Mcdonnell, 418 U.S. 539 (1974) Along with incident that happen on Feb. 24. 2020 that that referred to 21-CV-3104 See; Ortiz v. LT. Horsey.

8.) Which, was also, being investagated but, was not given written notice or out come of investagations made by major: martin.
8th amendment right to failure to protect. While, officer C/O: Haneef Lawton was well aware of the incident and saw it accorded and left to grad Defendant SGT. David Gill which, did not respond right away.

9.) While, Gabriel Correa kept on assualting me with punches, kickings and stabbings. Then, stopped before C/O: Haneef Lawton and SGT. David Gill arrived. While, I ran on the top bunk while, head was bleeding badly. Also, face and nose was badly injuried. See below Farmers v. Brennan, 511 U.S. 825 (1994). Which, prison official was aware of the harm and risk Plaintiff was in. Breach of ~~such~~ Security where inmates in ~~a~~ restrictive housing unit to not or have access to weapons in the philadelphia Dept. of prison. That C/O: Haneef Lawton defendant of the above caption did not take reasonable steps to protect me. Which, he walked away and ~~E~~ Defendant Sgt: David Gill failed to respond in a quick timely fashion.
(Ctr C, 1986) Along with False imprisonment Gitten v. New York, 504 N.Y.S. 2d 969 I believe this above matter should be taken to a jury trail and attacker Gabriel correa to be prosecuted and justice be made.

10.) I held all defendant above accountable for there actions listed above. I more this motion for the Judge to order ~~sepo~~ subpoena to defendants on the above matter. To have witnesses to be presented at trail in the future. Which, I seek in money damages and punitive damage. 5 million or more to money damages compensartion and punitive damages. For the above action Plaintiff made in the Memorandum of law. For a demanded respond from defendants.

11.) I Hereby declare under ~~pre jury and~~ panalty of pre jury that the foregoing is true and deemed correct to the best of my Acknowledge. upon consideration to accept this motion. Excuted on 5-9-23 at Somerset, PA Signed, Andrew Oakes

Cc: Filed on 5-9-23
1.) personal copy
2.) Eastern District of PA #21-CV-3100
Pg.2  3.) was not able to make copie to defendant.