IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ,<br><br>   *Plaintiff,*<br><br>v.<br><br>CITY OF PHILA., et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>NO. 21-3100 |

**ORDER**

**AND NOW**, this 27th day of July, 2023, upon consideration of Ortiz's request for information regarding Haneef Lawton's whereabouts (ECF 45), it is hereby **ORDERED** that Ortiz's request is **DENIED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.